No. 111. DEPARTMENT OF MENTAL HYGIENE OF CALI-
FORNIA v. KIRCHNER, ADMINISTRATRIX. Supreme Court
of California. Certiorari granted. *Stanley Mosk*, At-
torney General of California, *Harold B. Haas*, Assistant
Attorney General, and *Elizabeth Palmer, John Carl Por-
ter*, and *Asher Rubin*, Deputy Attorneys General, for
petitioner. *John Walton Dinkelspiel* for respondent.
Briefs of *amici curiae*, in support of the petition, were
filed by *William G. Clark*, Attorney General of Illinois,
*Richard E. Friedman*, First Assistant Attorney General,
and *Raymond S. Sarnow* and *Jerome F. Goldberg*, Assist-
ant Attorneys General, for the State of Illinois; *Walter
E. Alessandroni*, Attorney General of Pennsylvania, and
*Edgar R. Casper*, Deputy Attorney General, for the Com-
monwealth of Pen ylvania; *Louis J. Lefkowitz*, Attor-
ney General of New York, *Paxton Blair*, Solicitor General,
and *Ruth Kessler Toch*, Assistant Solicitor General, for
the State of New York; *Clarence A. H. Meyer*, Attorney
General of Nebraska, and *Mel Kammerlohr*, Assistant
Attorney General, for the State of Nebraska; and by
*Helgi Johanneson*, Attorney General of North Dakota,
and *Wesley N. Harry*, Special Assistant Attorney Gen-
eral, for the State of North Dakota.

No. 148. McKINNIE ET AL. v. TENNESSEE. Supreme
Court of Tennessee. Certiorari granted. *Jack Green-
berg, James M. Nabrit III, Avon N. Williams* and
*Z. Alexander Looby* for petitioners. *George F. McCan-
less*, Attorney General of Tennessee, and *Thomas E. Fox*,
Assistant Attorney General, for respondent.